UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
UNITED STATES OF AMERICA            )
                                    )
        v.                          )        Criminal No. 10-0051-2 (PLF)
                                    )
KENNETH BENBOW,                     )
                                    )
        Defendant.                  )
_____ )

ORDER

For the reasons set forth in the Opinion issued this same day, it is hereby

ORDERED that Mr. Benbow's Motion [Dkt. No. 613] to Vacate, Set Aside, or

Correct his Sentence under 28 U.S.C. § 2255 is DENIED; and it is

FURTHER ORDERED that Mr. Benbow's Supplemental Motion [Dkt.

No. 642-1] to Vacate, Set Aside or Correct his Sentence under 28 U.S.C. § 2255 is DENIED.

SO ORDERED.


                                    ___/s/_____
                                    PAUL L. FRIEDMAN
                                    United States District Judge

DATE:  July 30, 2021